# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JASON LEE NIEMAN,

      Plaintiff

v.           C-1-12-402

BETH W. MURPHY,

      Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 18) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 18) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendant's Motion to Dismiss the Original Complaint (doc. no. 6) is DENIED as moot.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                    s/Herman J. Weber
                                         Herman J. Weber, Senior Judge
                                           United States District Court